IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINTON HOGGARD, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 12-4783 |
| CATCH, INC., | |
| Defendant. | |

**O R D E R**

**AND NOW**, this 27th day of August, 2012, upon consideration of the Request for the Appointment of Counsel filed by the Plaintiff, Clinton Hoggard, in his action against Defendant, Catch Inc., it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE