# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CLINTON C. HOGGARD, | :     CIVIL ACTION |
| Plaintiff, | : |
| v. | :     No. 12-4783 |
| CATCH, INC., | : |
| Defendant. | : |

## ORDER

**AND NOW,** this 9th day of July, 2013, upon consideration of Defendant, Citizens Acting Together Can Help, Inc.'s Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(5) and Fed. R. Civ. P. 12(b)(6); and/or Motion to Strike Pursuant to Fed. R. Civ. P. 12(f)(2) (Doc. No. 7), and the Responses in opposition filed by Plaintiff, Clinton C. Hoggard (Doc. Nos. 10, 12), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims under the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq., and the Pennsylvania Human Relations Act, 43 P.S. § 951 et seq., are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE